UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>School Administrative Unit #59, et al.</u>

          v.                              Case No. 09-cv-170-JM

<u>Lexington Insurance Company, et al.</u>

O R D E R

On May 12, 2009, Attorney Joshua W. Gardner filed a notice of removal of an equity action from Belknap Superior Court (09-E-0084) on behalf of the following defendants: Lexington Insurance Company; New Hampshire Indemnity Company; Nation Union Fire Insurance Company of Pittsburgh, Pennsylvania; New Hampshire Insurance Company; Granite State Insurance Company; and American International Group, Inc.  That action is case number 09-cv-168-JM.  On May 13, 2009, Attorney Nicole L. Cook filed a notice of removal of the same equity action on behalf of defendant Lexington Insurance Company.  That action is case number 09-cv-170-JM.

It appears that the second removal was duplicative of the first.  As a result, unless any party files an objection on or before May 22, 2009, the second action (09-cv-170-JM) will be administratively closed and the filing fee returned to Attorney Cook.

SO ORDERED.


Date: May 18, 2009                                   /s/James R. Muirhead
                                                            James R. Muirhead
                                                           United States Magistrate Judge

cc:      Counsel of Record